JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| Case No. | **5:26-cv-00731-SSS-ACCV** | Date: | April 27, 2026 |
|---|---|---|---|
| Title: | *Leonov v. U.S. Department of Homeland Security, et al.* | | |

Present: The Honorable | Sunshine Suzanne Sykes, United States District Judge

I. Vazquez

Deputy Clerk

Not Reported

Court Reporter

Attorney(s) Present for Plaintiff(s):

None Present

Attorney(s) Present for Defendant(s):

None Present

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE AS MOOT**

Petitioner Dmitry Leonov filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on February 13, 2026.  (Electronic Case Filing Number ("ECF No.") 1.)

On February 25, 2026, Petitioner filed a Motion for Preliminary Injunction and for Temporary Restraining Order.  (ECF No. 4.)  Following briefing, the Court granted Petitioner's request for a temporary restraining order and ordered that Petitioner be released from detention.  (ECF No. 9.)  In that order, the Court directed the parties to present all subsequent matters in this case to the Magistrate Judge.  (*Id.*)  On March 13, 2026, the Magistrate Judge ordered the parties to meet and confer no later than March 20, 2026, to discuss what, if anything, remained to be done with respect to the Petition.  (*Id.*)  If the parties agreed that there was nothing further for the Court to decide, the Magistrate Judge directed the parties to file a stipulated dismissal.  (*Id.*)  Otherwise, the parties were ordered to file a joint status report outlining what issues remained by March 27, 2026.  (*Id.*)  Petitioner's mail was returned to the Court on March 23, 2026.  (ECF Nos. 13, 14.)  Respondents filed a status report on March 27, 2026, asserting that the Petition

should be denied or dismissed as moot.  (ECF No. 15.)  Petitioner's mail regarding the Court's March 13, 2026, scheduling order was returned to the Court on April 9, 2026.  (ECF No. 20.)

On April 9, 2026, the Magistrate Judge issued a scheduling notice noting that the parties did not appear to have met and conferred, nor did the parties file a joint status report.  (ECF No. 17.)  Therefore, the Magistrate Judge required the parties to meet and confer no later than April 16, 2026.  The Magistrate Judge noted that the parties should file a stipulated dismissal if they agreed that nothing remained to be addressed by the Court, otherwise, the parties were ordered to file a joint status report outlining the remaining issues no later than April 23, 2026. Respondents filed a response on April 16, 2026, asserting that the Petition should be denied or dismissed as moot.  (ECF No. 18.)  Once again, the parties did not meet and confer.  (*Id.*)

Given Petitioner was released from detention and has failed to respond to the Court's orders or provide an updated address, this case is dismissed as moot.

**IT IS SO ORDERED.**

---